# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERRY G. THAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-425-PJC |
| | ) |
| EVANSTON INSURANCE CO., | ) |
| | ) |
| Garnishee. | ) |

## OPINION AND ORDER

Before the Court for consideration is the Motion for Hearing to Determine Insurance Coverage filed by Gerry G. Thames ("Thames"). [Dkt. No. 1]. On June 1-2, 2015, this Court held a bench trial to determine the applicability of insurance coverage to the underlying action. [Dkt. Nos. 98-100]. A separate opinion will be entered concerning coverage. Accordingly, Thames' Motion for Hearing is MOOT.

IT IS THEREFORE ORDERED that Thame's Motion for Hearing (Dkt. No. 1) is hereby **DENIED** as moot.

DATED this 24th day of August, 2015.

_____
Paul J. Cleary
United States Magistrate Judge