IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

GERRY G. THAMES,           )
                                 )
          Plaintiff,        )
                                 )
v.                            )       Case No.  13-CV-425-PJC
                                 )
EVANSTON INSURANCE CO.,    )
                                 )
          Garnishee.     )

## JUDGMENT

In accordance with the Opinion and Order entered contemporaneously herewith, Judgment is hereby entered in favor of the Defendant, Evanston Insurance Co., and against the Plaintiff, Gerry G. Thames, on Plaintiff's claims herein. Specifically, Judgment is entered in accordance with the Court's determination that Evanston Insurance Co.'s Service and Technical Professions Professional Liability Policy No. MG-831136 excludes coverage for the claims which Plaintiff asserted and prevailed on in the District Court for Tulsa County, Case No. CJ-2011-3624.

DATED this 19th day of November 2015.

_____
Paul J. Cleary
United States Magistrate Judge